IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16-cv-14383-KAM

PAUL GARZA,

    Plaintiff,

vs.

JOHN BEAN TECHNOLOGIES
CORPORATION, a Delaware
Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff PAUL GARZA, by and through his undersigned attorney and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby dismisses the above action against Defendant JOHN BEAN TECHNOLOGIES CORPORATION without prejudice. This Notice of Voluntary Dismissal is effective immediately upon filing and requires no action by this Court. *See Univ. of S. Alabama v. Am. Tobacco Co.,* 168 F.3d 405, 409 (11th Cir. 1999).

Dated: September 22, 2016
Plantation, Florida

                                                Respectfully submitted,

                                                /s/**Robert S. Norell**
                                                Robert S. Norell, Esq. (Fla. Bar No. 996777)
                                                E-Mail: rob@floridawagelaw.com
                                                ROBERT S. NORELL, P.A.
                                                300 NW 70th Avenue
                                                Suite 305
                                                Plantation, Florida 33317
                                                Telephone: (954) 617-6017
                                                Facsimile: (954) 617-6018
                                                Counsel for Plaintiff PAUL GARZA