UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-14383-CIV-MARRA

PAUL GARZA,

    Plaintiff,

v.

JOHN BEAN TECHNOLOGIES
CORPORATION, a Delaware
Corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

    **THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal **(DE 7)**, filed on September 22, 2016. The Court has carefully reviewed the Notice and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of this Court shall **CLOSE** this Case. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of September, 2016.

                                                                                  _____
                                                                                 KENNETH A. MARRA
                                                                     United States District Judge